**Order filed July 25, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00499-CV

———————

**CHCA WEST HOUSTON, L.P.**
**D/B/A WEST HOUSTON MEDICAL CENTER, Appellant**
**V.**

**CHRISTA SHELLEY, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-197304**

# O R D E R

Appellant's brief was due July 1, 2013. No brief or motion for extension of time has been filed.

Unless appellant files its brief with the clerk of this court on or before **August 15, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM